**INSTRADENT USA, INC., JJGC Industria e Comercio de Materiais Dentarios S/A, Appellants**

v.

**INTERNATIONAL TRADE COMMISSION, Appellee**

**Nobel Biocare Services AG, Nobel Biocare USA, LLC, Intervenors**

**2016-2336**

United States Court of Appeals, Federal Circuit.

July 19, 2017

NICOLA ANTHONY PISANO, Foley & Lardner LLP, San Diego, CA, argued for appellants. Also represented by JOSE L. PATINO.

MEGAN MICHELE VALENTINE, Office of the General Counsel, United States International Trade Commission, Washington, DC, argued for appellee. Also represented by WAYNE W. HERRINGTON, SIDNEY A. ROSENZWEIG, DOMINIC L. BIANCHI.

SHEILA N. SWAROOP, Knobbe, Martens, Olson & Bear, LLP, Irvine, CA, argued for intervenors. Also represented by JOHN B. SGANGA, JR., BARAA KAHF, SEAN MURRAY.

(Prost, Chief Judge, O'Malley and Chen, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**